# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:     AMANDA A CRITES                                Chapter 13
                                                                                                Case No.: 07-50073-FJS

        Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| ECMC<br>LOCK BOX 8682<br>PO BOX 75848<br>ST PAUL, MN 55175-0848 | $53.37 |

Date: July 14, 2011                                                             /s/ Michael P. Cotter
                                                                                                    Michael P. Cotter
                                                                                                    Chapter 13 Standing Trustee
                                                                                                    870 Greenbrier Circle, Suite 402
                                                                                                    Chesapeake, VA  23320
                                                                                                    (757) 961-3000